**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | |
| | § | **CRIMINAL NO. 3:18-CR-185-S-7** |
| **ANDREW RAY LUGO** | § | |

**REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**
**AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **ANDREW RAY LUGO** is charged in the *Petition for Person Under Supervision* filed May 1, 2026 ("Petition"), Doc. 558, with violations of the terms of his supervised release. On this date and pursuant to the referral of the presiding district judge, the undersigned magistrate judge conducted a revocation hearing on the allegations in the Petition. Defendant appeared in person and by counsel, Assistant Federal Public Defender Douglas Morris, and the United States appeared by and through Assistant United States Attorney John Kull.

Defendant, with the close advice of counsel, knowingly and voluntarily pled true to the allegations in paragraphs II, III, and IV of, and not true to the allegations in paragraph I of the Petition. After careful consideration of the evidence and arguments offered at the hearing, the Court finds by a preponderance of the evidence that Defendant violated his conditions of supervised release as alleged in Paragraphs I-IV of the Petition.

Accordingly, the undersigned magistrate judge recommends the presiding district judge find that Defendant violated the terms of his supervised release as alleged in the Petition and revoke Defendant's supervised release. It is further recommended that the Court impose a sentence of an additional term of imprisonment of five (5) months, with no further term of supervised release to follow. Finally, it is recommended that Defendant be permitted to self-surrender, by July 27, 2026, at 2:00 PM to the United States Marshals Service, 1100 Commerce Street, 16th floor, Dallas, Texas, to commence service of the additional term of imprisonment imposed.

**SO RECOMMENDED** on July 20, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

*United States v. Andrew Ray Lugo*; 3:18-CR-185-S
Report and Recommendation on Revocation of Supervised Releaase
Page 1 of 2

Defendant was informed in open court that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States district judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **ANDREW RAY LUGO**, hereby

☒ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.

☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

_07 20 2026_
Date

_____
Defendant

_____
Defense Counsel

**Consented to by United States**

_____
Assistant U.S. Attorney

*United States v. Andrew Ray Lugo*; 3:18-CR-185-S
Report and Recommendation on Revocation of Supervised Releaase
Page 2 of 2