# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-0185-S |
| | § | |
| ANDREW RAY LUGO (07) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 558] to the United States Magistrate Judge to "conduct a hearing on the alleged violations contained" within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Andrew Ray Lugo's term of supervised release. *See* Order [ECF No. 565]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") pursuant to its Order. *See* ECF No. 572. Defendant waived his right to object to the Recommendation. *See id.* at 2. The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant is sentenced to a period of **five months**, with **no additional** term of supervised release to follow. Defendant shall surrender to the United States Marshals Service at 1100 Commerce Street, 16th Floor, Dallas, Texas 75242 for service of sentence at 2:00 P.M. on July 27, 2026.

**SO ORDERED.**

SIGNED July 22, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**